**E-FILED on** 12/17/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS, <br><br> Plaintiff, <br><br> v. <br><br> COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. <br><br> Defendants. | No. 11-cv-05526 RMW <br><br> ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL <br><br> **[Re Docket No. 27]** |

Ashley L. Narsutis of the law firm Hinshaw & Culbertson LLP and counsel of record for defendant Associated Bank N.A. moves to withdraw as counsel. All other counsel of record for Associated Bank N.A., including other counsel from Hinshaw & Culbertson LLP, will continue as counsel. For good cause, the court grants the motion.

DATED:     December 17, 2012

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL—No. 11-cv-05526 RMW
SW