1

2

3

4                                                                   **E-FILED on**  12/17/2012

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11

12   LAURA ANN GENS,                              No. 11-cv-05526 RMW

13              Plaintiff,

14        v.                                      ORDER GRANTING PERMISSION TO E-
                                                  FILE
15   COLONIAL SAVINGS, F.A.; ASSOCIATED
     BANK, NATIONAL ASSOCIATION;
16   MORTGAGE ELECTRONIC                          **[Re Docket No. 12]**
     REGISTRATION SYSTEMS, INC.
17
              Defendants.
18

19        Plaintiff Laura Ann Gens, proceeding *pro se*, requests permission to access the court's

20   electronic filing system.  Good cause appearing, the request is granted.

21

22

23   DATED:         December 17, 2012                 _____
                                                      RONALD M. WHYTE
24                                                    United States District Judge

25

26

27

28

ORDER GRANTING PERMISSION TO E-FILE
No. 11-cv-05526 RMW
SW