E-FILED on  12/17/2012

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS,<br><br>    Plaintiff,<br><br>    v.<br><br>COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, NATIONAL ASSOCIATION; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>    Defendants. | No. 11-cv-05526 RMW<br><br>ORDER GRANTING PERMISSION TO E-FILE<br><br>**[Re Docket No. 12]** |

Plaintiff Laura Ann Gens, proceeding *pro se*, requests permission to access the court's electronic filing system.  Good cause appearing, the request is granted.

DATED:     December 17, 2012            /s/ Ronald M. Whyte
                                         RONALD M. WHYTE
                                         United States District Judge

ORDER GRANTING PERMISSION TO E-FILE
No. 11-cv-05526 RMW
SW