UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>　　　　　　Defendant. | Case No. C-11-05526-RMW<br><br>**ORDER DENYING APPLICATION FOR LEAVE TO MOVE FOR RECONSIDERATION**<br><br>[Re Docket No. 14] |

Plaintiff Laura Gens filed an application for leave to file a motion for reconsideration. Dkt. No. 14. She urges the court to reconsider its order granting defendants' withdrawal reference. *See* Order, Dkt. No. 6. Without citation, Gens argues that a motion for withdrawal cannot be granted if the creditor has filed a claim in the bankruptcy action. Because plaintiff has provided no authority for her contentions that withdrawal is not permitted once defendant filed a claim, and the court has found no authority supporting plaintiff's contention, the motion for leave is denied.

Dated: March 29, 2013

_____
RONALD M. WHYTE
United States District Judge

ORDER RE APP. FOR RECONSIDERATION
CASE NO. C-11-05526-RMW
SW

- 1 -