UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS<br><br>           Plaintiff,<br><br>   v.<br><br>COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>           Defendant. | Case No.: CV 11-05526 RMW<br><br>**ORDER DENYING EX PARTE APPLICATION TO EXTEND TIME TO FILE AMENDED COMPLAINT**<br><br>[re Dkt. No. 50] |

On April 19, 2013, Plaintiff Laura Gens filed an ex parte application to extend time to file her amended complaint by an additional 30 days. Dkt. No. 50. The application is DENIED. Gens must file her amended complaint by May 9, 2013.

Dated: April 23, 2013

                                                  */s/ Ronald M. Whyte*
                                                  RONALD M. WHYTE
                                                  United States District Judge