**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS | Case No.: CV 11-05526 RMW |
| Plaintiff, | |
| v. | |
| COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, N.A.; and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | **ORDER DENYING EX PARTE APPLICATION TO EXTEND TIME TO FILE AMENDED COMPLAINT** |
| Defendant. | |
| | [re Dkt. No. 50] |

On April 19, 2013, Plaintiff Laura Gens filed an ex parte application to extend time to file her amended complaint by an additional 30 days. Dkt. No. 50. The application is DENIED. Gens must file her amended complaint by May 9, 2013.

Dated: April 23, 2013

_____
RONALD M. WHYTE
United States District Judge

Case No.: CV 11-05526 RMW
ORDER DENYING EX PARTE APPLICATION
SW

1