1  Alan Steven Wolf, Bar No. 94665
   Daniel K. Fujimoto, Bar No. 158575
2  daniel.fujimoto@wolffirm.com          *E-FILED - 11/19/13*
   **THE WOLF FIRM**
3  A Law Corporation
   2955 Main Street, Second Floor
4  Irvine, California 92614
   Voice: (949) 720-9200
5  Fax: (949) 608-0128

6  Attorneys for Defendants Colonial Savings F.A.;
   and Mortgage Electronic Registration Systems, Inc.
7

8              **UNITED STATES DISTRICT COURT**

9      **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10

| | |
|---|---|
| 11 LAURA ANN GENS, TIMOTHY GENS | CASE NO.: 11-CV-05526-RMW |
| 12 Plaintiffs, | **[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)** |
| 14 vs. | |
| 15 COLONIAL SAVINGS, F.A., ASSOCIATED BANK, NATIONAL ASSOCIATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | [Filed Concurrently with Attachment "A" hereto] |
| 18 Defendants. | |
| 20 | Honorable District Judge Ronald M. Whyte |

21

22      WHEREAS, This Court's current Scheduling Order was made pursuant to the initial Case

23  Management Conference which came regularly for hearing on May 17, 2013 (the "Order").

24      WHEREAS, At that time, this Court ordered that:

25      (1) Limited discovery was authorized (10 depositions and 25 interrogatories);

26      (2) All dispositive motions are to be held not later than December 13, 2013;

27      (3) A Pre-trial Conference is to be held February 13, 2014, at 2:00 pm,

28      (4) Trial is set to occur on March 10, 2014, at 9:30 a.m.

- 1 -
[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)
764-2162

1   WHEREAS, At the time this Court issued the Order, the case was in its preliminary

2   stages.

3   WHEREAS, Since the Order the case has yet to be at issue, as Defendants filed their

4   Motions to Dismiss and, after hearing, the Court granted much of Defendants' motions to

5   Dismiss, but allowed Plaintiffs an opportunity to amend.

6   WHEREAS, after granting Plaintiffs' Ex Parte Application for an Order Enlarging Time

7   to File Their Second Amended Complaint dated October 21, 2013 ("Application"); this Court

8   issued an Order Granting the Application to Enlarge Time, which order is dated October 23,

9   2013 ("Order to Enlarge Time").

10   WHEREAS, based on the Order to Enlarge Time, Plaintiffs time to file their Second

11   Amended Complaint has been extended on and through November 15, 2013.

12   WHEREAS, Due to the fact that Plaintiffs have indicated their intent to file a Second

13   Amended Complaint with new facts to be alleged, this case is not yet at issue.

14   WHEREAS, Further, while limited discovery has been afforded to both Plaintiffs and

15   Defendants, Defendants will be unfairly prejudiced if they cannot conduct further discovery

16   based upon allegations which are likely to be contained in Plaintiffs' Second Amended

17   Complaint.

18   WHEREAS, Further, since dispositive motions must be heard by December 13, 2013,

19   Defendants require an extension of that date, and all subsequent dates affected thereby.

20   ///

21   ///

22   ///

23   ///

24   ///

25   ///

26   ///

27   ///

28   ///

- 2 -

1       ACCORDINGLY, IT IS HEREBY STIPULATED, by the Parties, subject to the approval

2 of the Court, that the dates set forth as Attachment "A" to the Joint Stipulated Scheduling Order

3 are modified as set forth in Attachment A hereto, and that the Court adopt those dates as the

4 Modified Scheduling Order in this action.

5                             Respectfully submitted,

6 Dated: October 30, 2013

7                             The Wolf Firm, a Law Corporation

8

9                             By:  /s/ *Daniel K. Fujimoto*

10                             Daniel K. Fujimoto, Bar No. 158575
Attorneys for Defendants Colonial Savings F.A., and

11                             Mortgage Electronic Registration Systems, Inc.

12 Dated: October 30, 2013          Plaintiff in Pro Per

13

14                             By: Timothy H Gens
Timothy Gens

15 Dated: October 30, 2013          Plaintiff in Pro Per

16

17                             By: Laura C Gens
Laura Gens

18 Dated: October 30, 2013          Hinshaw & Culbertson LLP

19

20                           By:  /s/ John T. Meno

21                           John T. Meno
Attorneys for Defendants Associated Bank, National

22                           Association

23                      **CASE MANAGEMENT ORDER**

24       IT IS HEREBY ORDERED THAT the dates set forth in Attachement "A" be adopted as

25 the Modified Scheduling Order, the Pretrial and Trial set by the Court's availability, and the

26 Parties shall be entitled to an additional 5 depositions and 10 interrogatories.

27 Dated: _____

28                             _____
Honorable Judge Ronald M. Whyte
United States Northern District Court

[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)

764-2162

1  Alan Steven Wolf, Bar No. 94665
   Daniel K. Fujimoto, Bar No. 158575
2  daniel.fujimoto@wolffirm.com
   **THE WOLF FIRM**
3  A Law Corporation
   2955 Main Street, Second Floor
4  Irvine, California 92614
   Voice: (949) 720-9200
5  Fax: (949) 608-0128

6  Attorneys for  Defendants Colonial Savings F.A.;
   and Mortgage Electronic Registration Systems, Inc.

7

8                **UNITED STATES DISTRICT COURT**

9        **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10

11 | LAURA ANN GENS,                          | CASE NO.: 11-CV-05526-RMW
   | TIMOTHY GENS                             |
12 |                                          | **ATTACHMENT A TO** [PROPOSED]
   |                                          | **JOINT STIPULATED MODIFIED**
13 |                    Plaintiffs,           | **SCHEDULING ORDER (CIVIL**
   |                                          | **LOCAL RULE 7-12)**
14 | vs.                                      |
15 | COLONIAL SAVINGS, F.A., ASSOCIATED       |
   | BANK, NATIONAL ASSOCIATION; AND          | [Filed Concurrently with Joint Modified
16 | MORTGAGE ELECTRONIC                      | Scheduling [Proposed] Order]
   | REGISTRATION SYSTEMS, INC.               |
17 |                                          |
18 |                    Defendants.           |
19

20                                          Honorable District Judge Ronald M. Whyte

21

22 ///

23 ///

24 ///

25 ///

26 ///

27 ///

28 ///

- 4 -

764-2162

1

## ATTACHMENT "A"

2

3

| DATE: | EVENT: |
|-------|--------|
| December 31, 2013 | Non-expert discovery cut-off |
| January 31, 2014 | Expert Discovery cut-off |
| February ~~15~~, 2014     **14** | Last day to hear dispositive motions. |
| March 20, 2014 | Pretrial Conference |
| April 7 , 2014 | Trial |
|  |  |

764-2162

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

LAURA ANN GENS, et al.,

                Plaintiff,

   v.

COLONIAL SAVINGS, F.A., et al.,

                Defendant.

_____/

Case Number: CV11-05526 RMW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2013, I SERVED a true and correct copy of the ***Joint Stipulated Modified Scheduling Order E-Filed on 11/19/13***, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Laura Ann Gens
Timothy H. Gens
4141 Old Trace Road
Palo Alto, CA 94306

Dated: November 19, 2013

                        Richard W. Wieking, Clerk
                        By: Jackie Lynn Garcia, Deputy Clerk