Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
daniel.fujimoto@wolffirm.com
THE WOLF FIRM
A Law Corporation
2955 Main Street, Second Floor
Irvine, California 92614
Voice: (949) 720-9200
Fax: (949) 608-0128

*E-FILED - 11/19/13*

Attorneys for Defendants Colonial Savings F.A.;
and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS, TIMOTHY GENS<br><br>Plaintiffs,<br><br>vs.<br><br>COLONIAL SAVINGS, F.A., ASSOCIATED BANK, NATIONAL ASSOCIATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendants. | CASE NO.: 11-CV-05526-RMW<br><br>[~~PROPOSED~~] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)<br><br>[Filed Concurrently with Attachment "A" hereto]<br><br><br><br>Honorable District Judge Ronald M. Whyte |

WHEREAS, This Court's current Scheduling Order was made pursuant to the initial Case Management Conference which came regularly for hearing on May 17, 2013 (the "Order").

WHEREAS, At that time, this Court ordered that:

(1) Limited discovery was authorized (10 depositions and 25 interrogatories);

(2) All dispositive motions are to be held not later than December 13, 2013;

(3) A Pre-trial Conference is to be held February 13, 2014, at 2:00 pm,

(4) Trial is set to occur on March 10, 2014, at 9:30 a.m.

1    WHEREAS, At the time this Court issued the Order, the case was in its preliminary
2    stages.
3    WHEREAS, Since the Order the case has yet to be at issue, as Defendants filed their
4    Motions to Dismiss and, after hearing, the Court granted much of Defendants' motions to
5    Dismiss, but allowed Plaintiffs an opportunity to amend.
6    WHEREAS, after granting Plaintiffs' Ex Parte Application for an Order Enlarging Time
7    to File Their Second Amended Complaint dated October 21, 2013 ("Application"); this Court
8    issued an Order Granting the Application to Enlarge Time, which order is dated October 23,
9    2013 ("Order to Enlarge Time").
10   WHEREAS, based on the Order to Enlarge Time, Plaintiffs time to file their Second
11   Amended Complaint has been extended on and through November 15, 2013.
12   WHEREAS, Due to the fact that Plaintiffs have indicated their intent to file a Second
13   Amended Complaint with new facts to be alleged, this case is not yet at issue.
14   WHEREAS, Further, while limited discovery has been afforded to both Plaintiffs and
15   Defendants, Defendants will be unfairly prejudiced if they cannot conduct further discovery
16   based upon allegations which are likely to be contained in Plaintiffs' Second Amended
17   Complaint.
18   WHEREAS, Further, since dispositive motions must be heard by December 13, 2013,
19   Defendants require an extension of that date, and all subsequent dates affected thereby.
20   ///
21   ///
22   ///
23   ///
24   ///
25   ///
26   ///
27   ///
28   ///

1     ACCORDINGLY, IT IS HEREBY STIPULATED, by the Parties, subject to the approval
2 of the Court, that the dates set forth as Attachment "A" to the Joint Stipulated Scheduling Order
3 are modified as set forth in Attachment A hereto, and that the Court adopt those dates as the
4 Modified Scheduling Order in this action.

    Respectfully submitted,

Dated: October 30, 2013

The Wolf Firm, a Law Corporation

By: /s/ *Daniel K. Fujimoto*
Daniel K. Fujimoto, Bar No. 158575
Attorneys for Defendants Colonial Savings F.A., and
Mortgage Electronic Registration Systems, Inc.

Dated: October 30, 2013      Plaintiff in Pro Per

By: *[signature]*
Timothy Gens

Dated: October 30, 2013      Plaintiff in Pro Per

By: *[signature]*
Laura Gens

Dated: October 30, 2013      Hinshaw & Culbertson LLP

By: /s/ John T. Meno
John T. Meno
Attorneys for Defendants Associated Bank, National Association

## CASE MANAGEMENT ORDER

    IT IS HEREBY ORDERED THAT the dates set forth in Attachement "A" be adopted as the Modified Scheduling Order, the Pretrial and Trial set by the Court's availability, and the Parties shall be entitled to an additional 5 depositions and 10 interrogatories.

Dated: _____      _____
    Honorable Judge Ronald M. Whyte
    United States Northern District Court

- 3 -
[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)
764-2162

Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
daniel.fujimoto@wolffirm.com
**THE WOLF FIRM**
A Law Corporation
2955 Main Street, Second Floor
Irvine, California 92614
Voice: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Defendants Colonial Savings F.A.; and Mortgage Electronic Registration Systems, Inc.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS, TIMOTHY GENS<br><br>Plaintiffs,<br><br>vs.<br><br>COLONIAL SAVINGS, F.A., ASSOCIATED BANK, NATIONAL ASSOCIATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendants. | CASE NO.: 11-CV-05526-RMW<br><br>**ATTACHMENT A TO [PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)**<br><br>[Filed Concurrently with Joint Modified Scheduling [Proposed] Order]<br><br><br><br>Honorable District Judge Ronald M. Whyte |

///
///
///
///
///
///
///

- 4 -
[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)
764-2162

## ATTACHMENT "A"

| DATE: | EVENT: |
|---|---|
| December 31, 2013 | Non-expert discovery cut-off |
| January 31, 2014 | Expert Discovery cut-off |
| February ~~15~~ 14, 2014 | Last day to hear dispositive motions. |
| March 20, 2014 | Pretrial Conference |
| April 7, 2014 | Trial |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ANN GENS, et al., | Case Number: CV11-05526 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COLONIAL SAVINGS, F.A., et al., | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 19, 2013, I SERVED a true and correct copy of the ***Joint Stipulated Modified Scheduling Order E-Filed on 11/19/13***, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy into an inter-office delivery receptacle located in the Clerk's office.

Laura Ann Gens
Timothy H. Gens
4141 Old Trace Road
Palo Alto, CA 94306

Dated: November 19, 2013

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk