Alan Steven Wolf, Bar No. 94665
Daniel K. Fujimoto, Bar No. 158575
daniel.fujimoto@wolffirm.com
**THE WOLF FIRM**
A Law Corporation
2955 Main Street, Second Floor
Irvine, California 92614
Voice: (949) 720-9200
Fax: (949) 608-0128

Attorneys for Defendants Colonial Savings F.A.;
and Mortgage Electronic Registration Systems, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS, TIMOTHY GENS<br><br>Plaintiffs,<br><br>vs.<br><br>COLONIAL SAVINGS, F.A., ASSOCIATED BANK, NATIONAL ASSOCIATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendants. | CASE NO.: 11-CV-05526-RMW<br><br>[PROPOSED] **JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)**<br><br>[Filed Concurrently with Attachment "A" hereto]<br><br><br><br>Honorable District Judge Ronald M. Whyte |

WHEREAS, this Court's current Scheduling Order was made pursuant to a Joint Stipulated Modified Scheduling Order request, and is dated November 19, 2013 (the "Order").

WHEREAS, At that time, this Court was advised that Plaintiffs intended to file their Second Amended Complaint alleging new facts, and that as such, the case was not yet at issue; therefore, this Court ordered that:

(1) Non-expert Discovery would be cut-off as of December 31, 2014;

(2) Expert Discovery would be cut-off as of January 31, 2014;

- 1 -
[PROPOSED] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)
764-2162

(3) All dispositive motions would be heard not later than February 14, 2014;

(4) A Pre-trial Conference is to be held March 20, 2014, at 2:00 pm,

(4) Trial is set to occur on April 7, 2014, at 9:30 a.m.

WHEREAS, as set forth above, since the Order Plaintiffs have since filed their Second Amended Complaint (11/15/13), and Defendants filed their Motions to Dismiss (and Defendant Colonial Savings' Motion to Strike) (12/2/2013); unfortunately, due to procedural issues pertaining to service of defendants Colonial Savings' and MERS's respective motions, the date for opposition was extended to (1/29/2014), when Plaintiffs filed their Opposition paperwork; after hearing, the Court took the motions under submission, and to date, has not ruled on defendants' motions to dismiss.

WHEREAS, defendant Associated's Motion to Dismiss was granted in its entirety without leave to amend; the Court also Ordered at that time Plaintiffs' first, second, third, eighth, and ninth causes of action be stricken due to issue preclusion and its prior Order on September 3, 2013, dismissing these causes of action without leave to amend;

WHEREAS, due to the unresolved issues pertaining to Plaintiffs' operative complaint, as well as Plaintiffs' indication in their Opposition paperwork that they be authorized to further amend their complaint, issues to determine the nature and extent of discovery remains unclear;

WHEREAS, Further, while limited discovery has been afforded to both Plaintiffs and Defendants, Defendants will be unfairly prejudiced if they cannot conduct further discovery based upon the new allegations contained in Plaintiffs' Second Amended Complaint once the matter is at issue, and the current discovery cut-off (December 31, 2013) has past.

WHEREAS, Further, since dispositive motions must have been heard by February 14, 2014, a date that has past, the Parties require an extension of that date, and all subsequent dates affected thereby.

///

///

///

///

ACCORDINGLY, IT IS HEREBY STIPULATED, by the Parties, subject to the approval of the Court, that the dates set forth as Attachment "A" to the Joint Stipulated Scheduling Order are modified as set forth in Attachment A hereto, and that the Court adopt those dates as the Modified Scheduling Order in this action.

Respectfully submitted,

Dated: March 4, 2014

The Wolf Firm, a Law Corporation

By: /s/ *Daniel K. Fujimoto*
Daniel K. Fujimoto, Bar No. 158575
Attorneys for Defendants Colonial Savings F.A., and Mortgage Electronic Registration Systems, Inc.

Dated: March 4, 2014            Plaintiff in Pro Per

By: [signature]
Timothy Gens

Dated: March 4, 2014            Plaintiff in Pro Per

By: [signature]
Laura Gens

## CASE MANAGEMENT ORDER

IT IS HEREBY ORDERED THAT the dates set forth in Attachment "A" be adopted as the Modified Scheduling Order, the Pretrial and Trial set by the Court's availability, and the Parties shall be entitled to an additional 5 depositions and 20 interrogatories.

Dated: 3/18/14

*Ronald M. Whyte*
Honorable Judge Ronald M. Whyte
United States Northern District Court

1 | Alan Steven Wolf, Bar No. 94665
2 | Daniel K. Fujimoto, Bar No. 158575
    daniel.fujimoto@wolffirm.com
    **THE WOLF FIRM**
3 | A Law Corporation
    2955 Main Street, Second Floor
4 | Irvine, California 92614
    Voice: (949) 720-9200
5 | Fax: (949) 608-0128

6 | Attorneys for Defendants Colonial Savings F.A.;
    and Mortgage Electronic Registration Systems, Inc.
7 |

8 | **UNITED STATES DISTRICT COURT**

9 | **NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION**

10 |

| | |
|---|---|
| LAURA ANN GENS, TIMOTHY GENS | CASE NO.: 11-CV-05526-RMW |
| Plaintiffs, | **ATTACHMENT A TO [~~PROPOSED~~] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)** |
| vs. | |
| COLONIAL SAVINGS, F.A., ASSOCIATED BANK, NATIONAL ASSOCIATION; AND MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. | [Filed Concurrently with Joint Modified Scheduling [Proposed] Order] |
| Defendants. | |
| | Honorable District Judge Ronald M. Whyte |

///

///

///

///

///

///

///

- 4 -
[~~PROPOSED~~] JOINT STIPULATED MODIFIED SCHEDULING ORDER (CIVIL LOCAL RULE 7-12)
764-2162

**ATTACHMENT "A"**

| DATE: | EVENT: |
|---|---|
| May 30, 2014 | Non-expert discovery cut-off |
| June 30, 2014 | Expert Discovery cut-off |
| July **25**, 2014 | Last day to hear dispositive motions. |
| Aug **28**, 2014 | Pretrial Conference |
| Sept **8**, 2014 | Trial |
|  |  |

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA ANN GENS, et al, | Case Number: CV11-05526 RMW |
| Plaintiff, | **CERTIFICATE OF SERVICE** |
| v. | |
| COLONIAL SAVINGS, F.A., et al, | |
| Defendant. / | |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 18, 2014, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Laura Ann Gens
4141 Old Trace Road
Palo Alto, CA 94306

Timothy H Gens
4141 Old Trace Road
Palo Alto,

Dated: March 18, 2014

Richard W. Wieking, Clerk
By: Jackie Lynn Garcia, Deputy Clerk