UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| LAURA ANN GENS and TIMOTHY GENS,<br><br>Plaintiffs,<br><br>v.<br><br>COLONIAL SAVINGS, F.A.; ASSOCIATED BANK, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.<br><br>Defendants. | Case No. C-11-05526-RMW<br><br>**ORDER COMPELLING DOCUMENT PRODUCTION AND ATTENDANCE AT DEPOSITION** |

On May 19, 2014, the court granted defendant Colonial Savings, F.A.'s ("Colonial") ex parte application compelling plaintiffs Timothy Gens and Laura Gens to appear for depositions and produce documents in response to defendant's requests for production. Dkt. No. 134. Plaintiff Timothy Gens was ordered to appear for and attend his deposition on May 22, 2014, at the location previously noticed on April 17, 2014 – i.e. Bell & Myers, 2055 Junction Avenue, Suite 200, San Jose, CA 95131. Plaintiff Laura Gens was ordered to appear for and attend her deposition on May 23, 2014, at the location previously noticed on April 17, 2014 – i.e. Bell & Myers, 2055 Junction Avenue, Suite 200, San Jose, CA 95131. Plaintiffs were also ordered to produce documents identified in the Requests for Production, attached to the Notices of Deposition dated April 17, 2014. Both plaintiffs failed to comply with the court's order.

The court hereby orders plaintiff Timothy Gens to appear for and attend his deposition on July 30, 2014, at 10am, at Bell & Myers, 2055 Junction Avenue, Suite 200, San Jose, CA 95131. The court also orders plaintiff Laura Gens to appear for and attend her deposition on July 31, 2014, at 10am, at Bell & Myers, 2055 Junction Avenue, Suite 200, San Jose, CA 95131. Plaintiffs are each required to produce the documents identified in the Requests for Production, attached to the Notices of Deposition dated April 17, 2014, subject to valid objections based on privilege.

Dated: July 11, 2014



Ronald M. Whyte
United States District Judge

ORDER
Case No. C-11-5526-RMW
WHL

- 2 -