UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA GENS and TIMOTHY GENS,<br><br>Plaintiffs,<br><br>v.<br><br>COLONIAL SAVINGS, F.A., et al.,<br><br>Defendants. | Case No. 5:11-cv-05526-RMW<br><br>**ORDER RE: HEARING DATE ON MOTION FOR ATTORNEY'S FEES** |

On March 12, 2015, plaintiffs Laura and Timothy Gens filed a statement of opposition to defendants' motion for attorney's fees. Dkt. No. 176 (Opp'n); Dkt. No. 173 (Mot.). The opposition requests that the court continue the hearing until plaintiffs can secure a new attorney, as their current attorney has "completely abandoned" them. Dkt. No. 176 at 1. The court will not continue the hearing, which remains set for April 10, 2015 at 9:00 a.m.

The court will not continue the hearing for two reasons. First, as explained in the court's Order on Summary Judgment, Dkt. No. 171, plaintiffs have failed to timely respond to motions at least six times in this litigation and have already been granted numerous extensions of time. Second, plaintiffs retained counsel in this case in January 2015, after proceeding *pro se* for over three years. Plaintiffs' counsel filed two declarations averring that the Gens did not return his calls or provide him with the materials needed to oppose defendant's motions. *See* Dkt. No. 166-1

5:11-cv-05526-RMW                                     1

(Jan. 20, 2015 Mathews Decl.); Dkt. No. 169 (Feb. 3, 2015 Matthews Decl.).  Plaintiffs' assertion that their attorney "abandoned" them is not borne out by the record and is not supported by any facts in plaintiffs' filings.  Accordingly, plaintiffs' request to continue the April 10, 2015 hearing is DENIED.

The court extends the deadline for the Gens to file an opposition to the motion for attorney's fees until March 27, 2015.  Defendant may file a reply by April 3, 2015.  The court will not grant any further extensions of time.

**IT IS SO ORDERED**.

Dated: March 12, 2015



Ronald M. Whyte
United States District Judge